UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In Re: Derrick C. & Heidi L. DiMaggio
Case No.18-11582-BAH
Chapter 13
Debtors

**CHAPTER 13 TRUSTEE'S INTERIM REPORT & REQUEST FOR DEBTORS' DISCHARGE**

The above-captioned Debtors have fully complied with their payment obligations pursuant to the Order Confirming their Plan, have filed the Financial Management Course Certificates, and have filed their Affidavit of Compliance With Discharge Requirements, and are entitled to a discharge pursuant to 11 U.S.C. § 1328(a).

Respectfully submitted,

/s/ Lawrence P. Sumski
Lawrence P. Sumski
Chapter 13 Trustee
1000 Elm St., Suite 1002
Manchester, NH  03101
(603) 626-8899

Dated: April 23, 2020                ID #BNH01460

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this, the 23rd day of April, 2020, served electronically via ECF a copy of this Trustee's Interim Report & Request for Debtors' Discharge upon the following:

Attorney Alice C. Ranson
Office of the U.S. Trustee

and by first class US mail to Derrick C. & Heidi L. DiMaggio at 6 Union Street, Newport, New Hampshire 03773.

Dated: April 23, 2020                /s/ Lawrence P. Sumski
Lawrence P. Sumski
Trustee